B 5 (Official Form  5) (12/07)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of New York

### INVOLUNTARY PETITION

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>Beyer Farms, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>11-2442734 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>156-02 Liberty Avenue<br>Jamaica, New York 11433 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Queens County                                             ZIP CODE<br><br>11433 | ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7        ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐   Debts are primarily consumer debts<br>☑   Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐   Individual (Includes Joint Debtor)<br>☑   Corporation (Includes LLC and LLP)<br>☐   Partnership<br>☐   Other (If debtor is not one of the above entities,<br>      check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check one box.)<br><br>☐   Health Care Business<br>☐   Single Asset Real Estate as defined in<br>      11 U.S.C. § 101(51)(B)<br>☐   Railroad<br>☐   Stockbroker<br>☐   Commodity Broker<br>☐   Clearing Bank<br>☑   Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐   A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐   Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1.   ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2.   ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United
       States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are
       the subject of a bona fide dispute as to liability or amount;
                                                    or
   b. ☐   Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or
       agent appointed or authorized to take charge of less than substantially all of the property of the
       debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Beyer Farms, Inc.

**Case No.** 13-

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x  /s/ Alex Madrazo | x  /s/ Shmuel Vasser                     05/01/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                             Date |
| Tuscan/Lehigh Dairies, Inc.            05/01/2013 | Shmuel Vasser, Dechert LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 1095 Ave. of the Americas, New York, NY 10036 |
| Name & Mailing        Alex Madrazo | Address |
| Address of Individual   2711 North Haskell Avenue, | (212) 698-3500 |
| Signing in Representative   Suite 3400 | |
| Capacity             Dallas, Texas 75204 | Telephone No. |

| x  /s/ Thomas A. Malave | x  /s/ Joseph Paykin                      05/01/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                             Date |
| Bartlett Dairy, Inc.                 05/01/2013 | Joseph Paykin, Hinman, Howard & Kattell, LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 185 Madison Avenue, 7th Floor, New York, NY 10016 |
| Name & Mailing        Thomas A. Malave, President | Address |
| Address of Individual   105-03 150th Street | (212) 725-4423 |
| Signing in Representative   Jamaica, NY 11435 | |
| Capacity | Telephone No. |

| x  /s/ Frank Wunderlick | x  /s/ Stephen H. Kahn                    05/01/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                             Date |
| Local 584 Pension and Welfare Trust Funds   05/01/2013 | Stephen H. Kahn, Kahn Opton, LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | One Parker Plaza, Fort Lee, New Jersey 07024 |
| Name & Mailing        Frank Wunderlich, Trustee | Address |
| Address of Individual   73 Hudson Street | (201) 402-6878 |
| Signing in Representative   New York, New York 10013 | |
| Capacity | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Tuscan/Lehigh Dairies, Inc. | Goods sold | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Bartlett Dairy, Inc. | Delivery services | 196,087.88 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Local 584 Pension and Welfare Trust Funds | Contributions to employee funds | 19,908,553.00 |
| Note:        If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims        30,673,458.74 |

_____continuation sheets attached

## **Annex A**

The claim amount was reduced by $8,911,529 representing Beyer Farms, Inc.'s material accounts receivables as of December 7, 2012 as reported by Beyer Farms, Inc.

14890881

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                     :

In re:                           :     Chapter 7
                     :

BEYER FARMS, INC.,         :     Case No. 13-
                     :

              Debtor.     :
                     :

---------------------------------------------------------------- x

## STATEMENT REGARDING CORPORATE OWNERSHIP OF
## PETITIONING CREDITOR

☑     The following entities directly or indirectly own 10% or more of any class of
**Tuscan/Lehigh Dairies Inc.**'s equity interests:

| | Name and Address | Percentage Owned |
|---|---|---|
| 1. | Garelick Farms, LLC<br>1199 W. Central Street<br>Franklin, Massachusetts 02038 | 100% |
| 2. | Dean East, LLC<br>2900 Bristol Highway<br>Johnson City, Tennessee 37601 | 100% owner of Garelick Farms, LLC |
| 3. | Suiza Dairy Group, LLC<br>2711 North Haskell Avenue, Suite 3400<br>Dallas, Texas 75204 | 100% owner of Dean East, LLC |
| 4. | Dean Foods Company<br>2711 North Haskell Avenue, Suite 3400<br>Dallas, Texas 75204 | 100% owner of Suiza Dairy Group, LLC |

☐     There are no entities that directly or indirectly own 10% or more of any class of the
corporation's equity interest.

14879129

The undersigned is the representative of the petitioning creditor, **Tuscan/Lehigh Dairies, Inc.**

I declare under penalty of perjury that the foregoing is true and correct.

**Tuscan/Lehigh Dairies, Inc.**

Dated: May 1, 2013

Name:  Alejandro D. Madrazo
Title:   Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------- x
                                            :
In re:                                      :      Chapter 7
                                            :
BEYER FARMS, INC.,                          :      Case No. 13-
                                            :
                        Debtor.             :
                                            :
-------------------------------------------------------------- x
```

## STATEMENT REGARDING CORPORATE OWNERSHIP OF
## PETITIONING CREDITOR

☐      The following entities directly or indirectly own 10% or more of any class of **Local 584 Pension and Welfare Trust Fund**'s equity interests:

☑      There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the representative of the petitioning creditor, **Local 584 Pension and Welfare Trust Funds**

I declare under penalty of perjury that the foregoing is true and correct.

**Local 584 Pension and Welfare Trust Funds**

Dated: May 1 , 2013            _____
                               Name: Stephen H. Kahn
                               Title:  As Attorney

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------- X
                                                   :
In re:                                             :
                                                   :
BEYER FARMS, INC.,                                 :
                                                   :
                              Debtor.              :
                                                   :
-------------------------------------------------- X
```

## <u>PARTIAL WAIVER OF CLAIM OF PETITIONING CREDITOR</u>

Tuscan/Lehigh Dairies, Inc., one of the petitioning creditors in this case ("**Tuscan**"), hereby represents and alleges as follows:

1.          Concurrently with the execution and submission of this Partial Waiver of Claim, Petitioning Creditor is one of at least three (3) creditors to sign an involuntary bankruptcy petition naming Beyer Farms, Inc. ("**Debtor**") as a Chapter 7 debtor.

2.          Debtor owes Petitioning Creditor, as of the filing date not less than $19,480,346.86 ("**Claim**") which Claim is secured by inventory, accounts receivable and other assets of the Debtor.

3.          Tuscan believes, after due inquiry, that the assets of the Debtor are insufficient to satisfy the Claim and that, therefore, Tuscan is undersecured.

4.          To the extent, however, that there is any question whether Tuscan is a qualified creditor pursuant to Section 303(b) of the Bankruptcy Code with respect to the secured/unsecured status of its Claim, Tuscan hereby waives its right to its security interests in any assets of the Debtor up to, but not more than, the amount of $10,000.00.

14891549

5.          Therefore, in conjunction with the other petitioning creditors acting together to commence this case, there is an aggregate of unsecured claims of over $30 million, which amount exceeds the requirements of Section 303(b) of the Bankruptcy Code.


Dated:  Dallas, Texas
         May ____, 2013


                              Tuscan/Lehigh Dairies, Inc.

                              By: _____
                                  Alex Madarazo
                              Authorized Signatory
                              2711 North Haskell Avenue, Suite 3400
                              Dallas, Texas 75204

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Beyer Farms, Inc._____ **CASE NO.:**_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

[✔] **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

[ ] **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

**1. CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

**CASE STILL PENDING (Y/N):**_____    [*If closed*] **Date of closing:**_____

**CURRENT STATUS OF RELATED CASE:**_____
        **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** (*Refer to NOTE above*):_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO  LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

_____

**2. CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

**CASE STILL PENDING (Y/N):**_____    [*If closed*] **Date of closing:**_____

**CURRENT STATUS OF RELATED CASE:**_____
        **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** (*Refer to NOTE above*):_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

_____

**(OVER)**

**DISCLOSURE OF RELATED CASES (cont'd)**

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
                          **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED
IN SCHEDULE "A" OF RELATED CASE:_____

_____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N):___Y___

**CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____          /s/ Shmuel Vasser
**Signature of Debtor's Attorney**                 **Signature of Petitioner's Attorney**

                                                   1095 Avenue of the Americas
                                                   **Mailing Address of Debtor/Petitioner**

                                                   New York, New York  10036
                                                   **City, State, Zip Code**

                                                   shmuel.vasser@dechert.com
                                                   **Email Address**

                                                   (212) 698-3500
                                                   **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE:** Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

USBC - 17                                                                Rev 09/15/11